STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 20-0317-2 JSW |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE HEARING AND |
| | ) EXCLUDE TIME FROM AUGUST 17, 2021, TO |
| v. | ) SEPTEMBER 21, 2021 AND [PROPOSED] ORDER |
| | ) AND REQUIRING JOINT STATUS REPORT |
| LUIS CRUZ, | ) |
| Defendant. | ) |
| | ) |

STIPULATION AND PROPOSED ORDER
Case No. CR 20-0317-2 JSW

1    The above-captioned matter is currently scheduled for a status conference before the Court on

2 August 17, 2021.

3    The parties have discussed resolution of this case and the discussions are ongoing.  In addition,

4 the defendant is in state custody due to his separate criminal proceedings in that court, which has

5 affected the parties' discussions here.  To facilitate the parties' discussions, the parties now request that

6 the hearing be continued to September 21, 2021, at 12:00 p.m.

7    It is further stipulated by and between counsel for the United States and counsel for the

8 defendant that time be excluded under the Speedy Trial Act from August 17, 2021, through September

9 21, 2021.  Defense counsel will use the additional time to discuss with Mr. Cruz issues related to his

10 case.  For this reason, the parties stipulate and agree that excluding time until September 21, 2021, will

11 allow for the effective preparation and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

12 parties further stipulate and agree that the ends of justice served by excluding the time from August 17,

13 2021, through September 21, 2021, from computation under the Speedy Trial Act outweigh the best

14 interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

15    The undersigned Assistant United States Attorney certifies that he has obtained approval from

16 counsel for the defendant to file this joint status report and proposed order.

17

18    IT IS SO STIPULATED.

19

20 DATED: August 6, 2021                    _____/s/_____

21                                          JONATHAN U. LEE
                                            Assistant United States Attorney

22

23 DATED: August 6, 2021                    _____/s/_____
                                            JEFFREY BORNSTEIN
24                                          Counsel for Defendant LUIS CRUZ

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. CR 20-0317-2 JSW

1

[PROPOSED] ORDER

2       Based upon the facts set forth in the stipulation of the parties and the representations made to the

3  Court, and for good cause shown, the Court hereby CONTINUES the currently scheduled status

4  conference from August 17, 2021, to September 21, 2021, at 12:00 p.m.

5       The Court further finds that failing to exclude the time from August 17, 2021, through

6  September 21, 2021, would unreasonably deny defense counsel and the defendant the reasonable time

7  necessary for effective preparation, taking into account the exercise of due diligence, and would

8  unreasonably deny the defendant continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court

9  further finds that the ends of justice served by excluding the time from August 17, 2021, through

10  September 21, 2021, from computation under the Speedy Trial Act outweigh the best interests of the

11  public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

12  HEREBY ORDERED that the time from August 17, 2021, through September 21, 2021, shall be

13  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

14       IT IS SO ORDERED. It is FURTHER ORDERED that the parties shall file a further joint status report
15               on September 14, 2021.

16  DATED: __August 6, 2021___

16                              _____

17                              HON. JEFFREY S. WHITE
17                              United States District Judge