STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Email:  Jonathan.Lee@usdoj.gov

Attorneys for United States of America

FILED
Oct 25 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 20-317-2-JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| LUIS CRUZ, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant LUIS CRUZ, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: 10/25/21

HON. ROBERT M. ILLMAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER
CASE NO. CR 20-317-2-JSW

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO:** **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and DAVID O. LIVINGSTON, Contra Costa County Sheriff and /or any of his authorized deputies:**

Pursuant to the foregoing petition and order, you are directed to produce the body of LUIS CRUZ, who is in the custody of Martinez Detention Facility, located at 1000 Ward Street, Martinez, California, before the Honorable Robert M. Illman, United States Magistrate Judge for the Northern District of California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, Oakland, California 94612, on October 26, 2021, at 1:00 p.m., on the charges filed against defendant in the above-entitled Court, after which appearance said defendant will remain in federal custody pending further order of this Court.

Should the current custodian release LUIS CRUZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: October 25, 2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Jessie Mosley_
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 20-317-2-JSW