UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUIS CRUZ,<br><br>    Defendant. | Case No. 20-cr-00317-JSW-2<br><br>**ORDER DENYING STIPULATION TO CONTINUE SENTENCING WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 538 |

The Court has received and considered the parties' stipulated request to continue the sentencing in this matter, which is set for October 18, 2022. In the last order continuing this matter, the Court ordered the parties to state whether the Probation Officer was available, if they requested any further continuances. The parties have not done so. Accordingly, the Court DENIES the request without prejudice.

The Court is available on December 6, 2022 at **9:30** a.m. and will reserve that date for the parties. If the Probation Officer is available on that date, the parties shall submit a revised stipulation and proposed order with the correct time of the hearing and that includes deadlines of no later than November 29, 2022 to submit their sentencing memoranda.

**IT IS SO ORDERED**.

Dated: October 3, 2022

_____
JEFFREY S. WHITE
United States District Judge